# 341 MEETING REPORT

DEBTOR(S): WADE, CHASE HUNTER  CASE NUMBER: 18-20886-MJK
CODEBTOR: _____  DATE FILED: 11/27/18
ATTORNEY: Matthew L. Wolfe, Esq.  TRACK NO.: 1
DATE OF MEETING: 01/07/19  MEETING CONCLUDED: ☒ Yes ☐ No

CONTINUED TO: _____

## APPEARANCES

☒ Debtor  ☒ Debtor Sworn  ☒ Attorney for Debtor(s)
☐ Co-Debtor  ☐ Co-Debtor Sworn  ☐ Asset Case
☐ No Asset Case

**CREDITORS:**
_____
_____

| COMPLETE | OUTSTANDING | |
|---|---|---|
| ☒ | ☐ | Debtor has filed a Credit Counseling Certificate from an approved agency. |
| ☒ | ☐ | Debtor has provided required tax returns. |
| ☒ | ☐ | Schedules and Statement of Financial Affairs have been filed. |
| ☒ | ☐ | Means Test Form has been filed. |
| ☒ | ☐ | The number of dependents on Means Test Form agree with schedules and tax returns. |
| ☒ | ☐ | Debtor has provided Employee Income Records. |
| ☐ | ☐ | If debtor has a non-filing spouse, spousal income information is provided. |
| ☐ | ☐ | Debtor has not previously filed bankruptcy. |
| ☐ | ☐ | This case has no Health Care Business issues or issues concerning the potential sale or transfer of personally identifiable information of individuals. |
| ☒ | ☐ | Identification verified by photo I.D. and social security document. |
| ☐ | ☐ | Trustee requests amendments to schedules. *(Continue 341)* |
| ☒ | ☐ | Address of debtor(s) verified and venue proper. |
| ☐ | ☐ | 11 U.S.C. §341(d) compliance. |
| ☐ | ☐ | Other debtor-related issues as described below. |

For the items marked "Outstanding" above or for any other issues of concern to the Trustee, please provide details of the outstanding issues and any follow-up deadlines (if additional space is needed, continue on reverse side). CONTINUE §341 MEETING.

_Possibly something can be done with the house_

I have reviewed the case file and questioned the debtor(s) at the §341(a) Meeting of Creditors. I have verified the above information and have identified any outstanding issues, as indicated above.

_R Michael Souther_
Trustee Presiding at Meeting

This form must be filed with the Bankruptcy Court with a copy to the U. S. Trustee within 48 hours of the §341(a) Meeting.