**IT IS ORDERED as set forth below:**



**Date: August 22, 2019**

_____
Michele J. Kim
United States Bankruptcy Judge
Southern District of Georgia

_____

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>**Chase Hunter Wade**<br>      Debtor | Case No.:   18−20886−MJK<br>Judge:   Michele J. Kim<br>Chapter:   7 |

## ORDER APPOINTING REAL ESTATE BROKER

   The Application of the Trustee for appointment of BK Global Real Estate Services as Real Estate Broker for the Estate having been considered and it appearing to the Court that the employment of BK Global Real Estate Services is necessary and beneficial to this estate,

   It further appearing that the real estate broker has no adverse interest to those of this estate, and that the employment is proper,

   IT IS THEREFORE ORDERED that the trustee is authorized to employ the services of BK Global Real Estate Services as real estate broker for the estate subject to objection by any party in interest within twenty−one (21) days of the date hereof. The compensation of such real estate broker will be later fixed and determined by the Court in such manner as the Court may from time to time direct after notice to creditors.

*[END OF DOCUMENT]*

B−04e [07−14]